

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00061-CV

**IN THE INTEREST OF D.S.O.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01423
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. No costs of appeal are assessed against Appellant.

SIGNED June 18, 2014.

_____
Karen Angelini, Justice